**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 1:23-cr-619 (4)** |
| | § | |
| | § | |
| **CARLOS LARA-TORRES,** | § | |
| | § | |
| ***Defendant*** | § | |

**DEFENDANT CARLOS LARA-TORRES' UNOPPOSED MOTION TO CONTINUE SENTENCING AND RELATED DEADLINES**

TO THE HONORABLE ROLANDO OLVERA, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

CARLOS LARA-TORRES, Defendant in the above-styled and numbered cause, by and through undersigned counsel, respectfully moves this Court for a continuance of the sentencing hearing and related deadlines in this case. In support thereof, he would show the following.

1. Mr. Lara-Torres was charged in a superseding indictment with one count alleging the offense of smuggling goods from the United States in violation of 18 U.S.C. §§ 554(a) and 2. ECF Dkt. 103.

2. On November 4, 2024, Mr. Lara-Torres entered a plea of guilty to Count One of the indictment pursuant to a plea agreement before Magistrate Judge Karen Betancourt. *See* Minute Entry of 11/4/24. Judge Betancourt subsequently entered an Order for Presentence Investigation (PSI) and Disclosure & Sentencing Dates. ECF Dkt. 183. Sentencing was originally set for 1/29/2025. *Id.*

3. Mr. Lara-Torres previously moved to continue sentencing and set new deadlines related to sentencing to allow his counsel time to review the PSI report released on December 18, 2024 with him and to discuss possible objections. ECF Dkt. 202. This Court granted that motion on January 6, 2025 and set sentencing for February 19, 2025. ECF Dkt. 203. The Court, however, did not set any new deadlines for Mr. Lara-Torres to file objections to the PSI report. *See id*.

4. Counsel for Mr. Lara-Torres is scheduled for a pretrial hearing on a felony failure to stop and render aid case in state court on the same date presently set for sentencing in this matter. The trial in the other case is set to start on February 24, 2025 and thus counsel's presence at the pretrial hearing is necessary.

5. Counsel for Mr. Lara-Torres has conferred with the attorney for the Government regarding this conflict and he is not opposed to a continuance.

6. Mr. Lara-Torres therefore is respectfully requesting this Court reset sentencing to March 19, 2025 at 1:30 PM.

7. Additionally, having reviewed the PSI report with his counsel, although Mr. Lara-Torres has no substantive objections to the proposed Guidelines calculations set out in the PSI report, there are some minor factual representations that he would like corrected. Therefore, Mr. Lara-Torres is also requesting a new deadline — February 12, 2026 — to permit him an opportunity to submit those objections to the Probation Office for review and for a new final PSI report to be issued prior to sentencing with those proposed changes.

8. This motion is made, not for the purpose of delay, but in the best interests of justice. Mr. Lara-Torres is on bond and complying with his conditions of release.

WHEREFORE PREMISES CONSIDERED, Mr. Lara-Torres respectfully requests that this Court grant this motion and enter an order to continue the sentencing hearing and related deadlines in this case.

Date: February 8, 2025

Respectfully Submitted,

**MAYR LAW, P.C.**

By: /s/ *T. Brent Mayr*
T. BRENT MAYR
Texas State Bar Number 24037052
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

ATTORNEY FOR CARLOS LARA-TORRES

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Government, Paul Marian, and confirmed that he is not opposed to this motion.

/s/ *T. Brent Mayr*
T. BRENT MAYR

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Paul Marian, on February 8, 2025, via CM/ECF and to Marisela Rodriguez, United States Probation Officer, by email.

/s/ *T. Brent Mayr*
T. BRENT MAYR